UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERENICE BAUTISTA,

  Plaintiff,

v.

CONCESIONARIA VUELA COMPANIA DE AVIACION, S.A.B. de C.V., d/b/a VOLARIS AVIATION HOLDING COMPANY, et al.

  Defendants.

C18-1463 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by May 10, 2019, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on October 18, 2018, docket no. 6. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of April, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1