UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERENICE BAUTISTA,

           Plaintiff,

   v.

CONCESIONARIA VUELA
COMPANIA DE AVIACION, S.A.B.
de C.V., d/b/a VOLARIS AVIATION
HOLDING COMPANY, et al.,

           Defendants.

C18-1463 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    By Minute Order entered April 9, 2019, docket no. 9, the parties were directed to show cause why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on October 18, 2018, docket no. 6. No response was timely filed. On May 24, 2019, however, defendant Concesionaria Vuela Compañía de Aviación, S.A.B. de C.V. d/b/a Volaris Airlines filed an answer and appeared through counsel. The parties are DIRECTED to file the requisite Joint Status Report within fourteen (14) days of the date of this Minute Order. Failure to timely file a Joint Status Report will be grounds for dismissing this action without prejudice.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of June, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1