UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERENICE BAUTISTA,

           Plaintiff,

  v.

CONCESIONARIA VUELA
COMPANIA DE AVIACION, S.A.B.
de C.V.,[1] et al.

           Defendants.

C18-1463 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The deadlines for joining parties and amending pleadings having expired, plaintiff is DIRECTED to show cause within fourteen (14) days of the date of this Minute Order why the claims against Does 1-100 should not be dismissed without prejudice for failure to prosecute.

(2) The parties' stipulated motion, docket no. 19, to continue the trial date and related deadlines is GRANTED as follows:

| **JURY TRIAL DATE (5 days)** | **September 21, 2020** |
|---|---|
| Discovery motions filing deadline | April 16, 2020 |
| Discovery completion deadline | June 1, 2020 |

---

[1] The Complaint names as a defendant Concesionaria Vuela Compania de Aviacion, S.A.B. de C.V. d/b/a Volaris Aviation Holding Company. *See* Compl. (docket no. 1). The entity answering the Complaint identified itself as Concesionaria Vuela Compañía de Aviación, S.A.P.I. de C.V. d/b/a Volaris Airlines. *See* Answer (docket no. 10). The parties appear to agree that the entity answering the Complaint is the correct defendant. Thus, the Complaint is hereby AMENDED and the Clerk is DIRECTED to update the docket accordingly.

MINUTE ORDER - 1

| Dispositive motions filing deadline | June 11, 2020 |
|---|---|
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | June 18, 2020 |
| Motions in limine filing deadline | August 13, 2020 |
| Agreed Pretrial Order[2] due | August 31, 2020 |
| Trial briefs, proposed voir dire questions, and jury instructions due | August 31, 2020 |
| Pretrial conference | September 11, 2020 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 16, shall remain in full force and effect.

(3) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of December, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

---

[2] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates, entered on July 10, 2019, docket no. 16.

MINUTE ORDER - 2