UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERENICE BAUTISTA,<br><br>                    Plaintiff,<br><br>     v.<br><br>CONCESIONARIA VUELA COMPAÑÍA DE AVIACIÓN, S.A.P.I. DE C.V. D/B/A VOLARIS AIRLINES, et al.<br><br>                    Defendants. | C18-1463 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The Court having directed plaintiff to show cause why the claims against Does 1-100 should not be dismissed without prejudice for failure to prosecute, *see* Minute Order at ¶ 1 (docket no. 20), and plaintiff having provided no response, all claims against defendants Does 1-100 are DISMISSED without prejudice.

(2)     The parties' joint motion, docket no. 21, to continue the trial date and related deadlines is GRANTED as follows:

| **JURY TRIAL DATE (5 days)** | **January 25, 2021** |
|---|---|
| Discovery motions filing deadline | August 13, 2020 |
| Discovery completion deadline | September 29, 2020 |
| Dispositive motions filing deadline | October 8, 2020 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | October 15, 2020 |

MINUTE ORDER - 1

| Motions in limine filing deadline | December 10, 2020 |
|---|---|
| Agreed Pretrial Order due | January 7, 2021 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 7, 2021 |
| Pretrial conference | January 15, 2021 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 16, shall remain in full force and effect.[1]

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of April, 2020.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

---

[1] The parties have requested that the deadline for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) be extended to June 30, 2020. The deadline set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 16, was December 2, 2019. This deadline expired before the parties filed their previous stipulated motion to continue the trial date, docket no. 19, and it was not extended in the Minute Order entered December 18, 2019, docket no. 20.

MINUTE ORDER - 2