UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERENICE BAUTISTA,

        Plaintiff,

v.

CONCESIONARIA VUELA COMPAÑÍA DE AVIACIÓN, S.A.P.I. DE C.V. D/B/A VOLARIS AIRLINES,

        Defendant.

C18-1463 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Clerk's Office has received a voicemail from plaintiff's counsel's firm requesting that the trial date be continued to February 8, 2021.  The Court set the current trial date of January 25, 2021, upon the parties' joint motion for continuance, *see* Minute Order at ¶ 2 (docket no. 22), having considered the dates and deadlines proposed by the parties and the absence of any indication that surrounding dates might pose a scheduling conflict.  Counsel are ADVISED that a request to alter a trial date should not be directed to the case administrators or others in the Clerk's Office, but rather to the Court, and they may not be made ex parte.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2020.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1