UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERENICE BAUTISTA,

    Plaintiff,

v.

CONCESIONARIA VUELA COMPAÑÍA DE AVIACIÓN, S.A.P.I. DE C.V., D/B/A VOLARIS AIRLINES,

    Defendant.

C18-1463 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to continue trial, docket no. 24, is GRANTED as follows. The trial date is CONTINUED from January 25, 2021, to February 8, 2021. All other dates and deadlines set forth in the Minute Order entered April 24, 2020, docket no. 22, shall remain in full force and effect.[1]

---

[1] In the proposed order filed in conjunction with their joint motion to continue trial, the parties requested a pretrial conference date of Monday, January 25, 2021, despite their representation that plaintiff's counsel is scheduled to commence another trial on that same date in the Eastern District of Washington. The pretrial conference date shall therefore remain Friday, January 15, 2021. In addition, in their proposed order, the parties again attempted to reset the deadline for disclosure of expert testimony. As indicated in the Minute Order entered April 24, 2020, docket no. 22, the deadline for disclosure of expert testimony in this matter expired on December 2, 2019. *See* Minute Order (docket no. 16); Minute Order (docket no. 20).

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of April, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2